# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-2042

———————

| | | |
|---|---|---|
| Joycelyn Griffin, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Teamsters Local 618, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

———————

Submitted: December 27, 2011
Filed: December 30, 2011

———————

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

———————

PER CURIAM.

Joycelyn Griffin appeals from the district court's[1] dismissal of her action against Teamsters Local 618 (Union), in which she alleged disability discrimination in violation of the American with Disabilities Act (ADA). Upon de novo review, *see Strand v. Diversified Collection Serv. Inc.*, 380 F.3d 316, 317 (8th Cir. 2004) (standard of review), this court agrees that Griffin failed to state a claim upon which relief may be granted. Specifically her complaint – even when liberally construed –

---

[1]The Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

did not create a plausible inference of disability discrimination by the Union, and Griffin made no attempt to clarify her allegations or to amend her complaint following the Union's challenge to her complaint. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (plaintiff must plead enough facts to state claim for relief that is plausible on its face, not just conceivable).

This court affirms. *See 8th Cir. R. 47B*. The Union's pending motions are denied.

_____